Order Filed on
6/11/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**TRENK, DIPASQUALE, WEBSTER,<br>DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Richard D. Trenk (RT 6874)<br>Scott J. Koplik (SK 7404)<br>Adam D. Wolper (AW 6169)<br>*Special Litigation Conflicts Counsel for<br>Charles A. Stanziale, Jr., Chapter 11 Trustee* | |
| In re:<br><br>SOLOMON DWEK, *et al.*,<br><br>    Debtors. | Case No. 07-11757 (KCF)<br>(Jointly Administered)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 11 |
| CHARLES A. STANZIALE, JR., Chapter 11 Trustee for the Estate of Solomon Dwek, *et al.*,<br><br>    Plaintiff,<br><br> vs.<br><br>J.P. MORGAN CHASE BANK, N.A, *et al.*,<br><br>    Defendants.<br> vs.<br><br>CHARLES A. STANZIALE, JR., Chapter 11 Trustee for the Estate of Solomon Dwek; SOLOMON DWEK; PEARL DWEK; JOSEPH KOHEN; JEROME SHAPIRO; CHICAGO TITLE INSURANCE COMPANY; SUCCESSFUL TITLE AGENCY, L.L.C.; and STEWART TITLE GUARANTY COMPANY.<br><br>Third-Party Defendants. | Adv. Pro. No. 09-1309 (KCF) |

**DATED: 6/11/2009**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor: Solomon Dwek, *et al.*

Case No.: 07-11757 (KCF)

Adv. Pro. No.: 09-1309 (KCF)

Caption: Joint Order Scheduling Pretrial Proceedings and Trial

## **JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL**

The relief set forth on the following pages, numbered three (3) through four (4) is hereby **ORDERED.**

*Approved by Judge Kathryn C. Ferguson  June  11, 2009*

(Page 3)

Debtor:        Solomon Dwek, *et al.*

Case No.:      07-11757 (KCF)

Adv. Pro. No.: 09-1309 (KCF)

Caption:   Joint Order Scheduling Pretrial Proceedings and Trial

---

A pretrial conference having been scheduled pursuant to *Fed. R. Civ. P. 16(b) and (e)* made applicable to these proceedings by *Fed. R. Bankr. P. 7016*, it is hereby ORDERED that:

1. All discovery is to be completed by **December 10, 2009**. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for adjournment of the scheduled trial date.

2. All other discovery motions shall be filed no later than **January 11, 2010** and returnable no later than **February 12, 2010**. Late filed motions shall not constitute cause for adjournment of the scheduled trial date.

3. All non-discovery motions shall be filed no later than **March 11, 2010**, and returnable no later than **April 12, 2010**. Late filed motions shall not constitute cause for adjournment of the scheduled trial date.

4. Plaintiffs shall serve expert reports intended to be used at trial by **January 11, 2010**. Any counter expert report shall be served by the Defendants by **February 12, 2010**.

5. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies pre-marked exhibits no later than ten (10) days prior to trial. The parties anticipate a trial of approximately three (3) days.

*Approved by Judge Kathryn C. Ferguson  June 11, 2009*

(Page 4)

Debtor:            Solomon Dwek, *et al.*

Case No.:          07-11757 (KCF)

Adv. Pro. No.:     09-1309 (KCF)

Caption:   Joint Order Scheduling Pretrial Proceedings and Trial

---

6.  All parties shall bring to the trial sufficient copies of their exhibit lists to provide two (2) to the court and one (1) for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

7.  Trial will commence on May 20, 2010 at 10:00 a.m. o'~~clock~~ or as soon thereafter as the matter may be heard, at the United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 2.

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD DAY BEFORE THE SCHEDULED TRIAL DATE.**

F:\WPDOCS\N-Z\Stanziale - Dwek\Washington Mutual\OrderSchedPretrial.doc

*Approved by Judge Kathryn C. Ferguson  June  11, 2009*