UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEPHEN M. PACKMAN (SP1589)
REBECCA L. RAKOSKI (RR5685)
ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ 08033-0968
Tel: (856) 795-2121
Fax: (856) 795-0574
*Attorneys for JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as receiver*

| | |
|---|---|
| In re:<br><br>SOLOMON DWEK, *et al.*<br><br>                Debtors. | Chapter 11<br><br>Case No. 07-11757 (KCF)<br>           Jointly Administered |
| CHARLES A. STANZIALE, JR., Chapter 11 Trustee for the Estate of Solomon Dwek, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A. as successor to certain assets and liabilities of WASHINGTON MUTUAL BANK, F.A., and/or WASHINGTON MUTUAL BANK F.S.B., and WASHINGTON MUTUAL BANK, F.A., now known as J.P. MORGAN CHASE BANK, N.A.; and WASHINGTON MUTUAL BANK, F.S.B., now known as J.P. MORGAN CHASE BANK, N.A.,<br><br>       Defendant/ Counterclaimant and<br>       Third Party Plaintiff,<br><br>v. | Adversary Proceeding No. 09-1309 |

> CHARLES A. STANZIALE, JR., SOLOMON DWEK, PEARL DWEK, JOSEPH KOHEN, JEROME SHAPIRO, CHICAGO TITLE INSURANCE COMPANY, SUCCESSFUL TITLE AGENCY, LLC., STEWART TITLE GUARANTY COMPANY, JOHN DOES 1-20, and JOHN DOE, INC., 1-20.
>
> Third Party Defendants.

## **CERTIFICATE OF SERVICE**

I, Stephen M. Packman, hereby certify that on July 14, 2009, I caused to be served copies of JPMorgan's Opposition to the Trustee' Motion to Dismiss Counterclaim and Cross-Motion for Leave to Amend Counterclaim to be served, by United States First Class Mail, with postage prepaid, upon those parties on the attached Service List.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 14, 2009            /s/ Stephen M. Packman
                   STEPHEN M. PACKMAN

2

**SERVICE LIST**

Richard D. Trenk, Esquire
Scott J. Koplik, Esquire
Trenk, DiPasquale, Webster, et al
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ 07052
(973) 243-8600
skoplik@trenklawfirm.com
Attorneys for Charles A. Stanziale, Jr.

Charles A. Stanziale, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 08102
(973) 622-4444

Leonard S. Needle, Esquire
20 Cedar Avenue
P.O. Box 6470
Fair Haven, NJ 07704
732-741-0400
needlelsesq@aol.com
Attorneys for Jerome Shapiro

4771778v1