Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re:  Solomon Dwek
Debtor

Case No.: 07–11757–KCF
Chapter 11

Charles A. Stanziale
Plaintiff

v.

J.P. Morgan Chase Bank, N.A., as successor to certain
assets and liabilities of Washington Mutual Bank, F.S.B.
Defendant

Adv. Proc. No. 09–01309–KCF                      Judge: Kathryn C. Ferguson

---

**Notice That a Transcript Has Been Filed**


    You are Noticed that a Transcript has been filed on July 30, 2009. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor–age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty–one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty–one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.


Dated: July 30, 2009
JJW:

                                                          James J. Waldron
                                                          Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: csilvest              Page 1 of 1                   Date Rcvd: Jul 30, 2009
Case: 09-01309                Form ID: tsntc              Total Noticed: 15

The following entities were noticed by first class mail on Aug 01, 2009.
aty          +Trenk, DiPasquale, Webster, Della Fera, and Sodono,   347 Mt. Pleasant Avenue,   Suite 300,
               West Orange, NJ 07052-2730
smg           U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
pla          +Charles A. Stanziale,   McCarter & English, LLP,   Four Gateway Center,   100 Mulberry Street,
               Newark, NJ 07102-4056
3pd          +Charles A. Stanziale,   311 Crosby Avenue,   Deal, NJ 07723-1405
3pd          +Chicago Title Insurance Company,   601 Riverside Avenue,   Jacksonville, FL 32204-2901
3pp          +J.P. Morgan Chase Bank, N.A., as successor to cert,   270 Park Avenue,   New York, NY 10017-2014
3pd          +Jerome Shapiro,   23 Ridge Road,   West Long Branch, NJ 07764-1232
3pd          +Joseph Kohen,   218 Overlook Avenue,   Long Branch, NJ 07740-4869
3pd          +Pearl Dwek,   311 Crosby Avenue,   Deal, NJ 07723-1405
3pd          +Solomon Dwek,   311 Crosby Avenue,   Deal, NJ 07723-1405
3pd          +Stewart Title Guaranty Company,   1980 Post Oak Boulevard, Suite 800,   Houston, TX 77056-3826
3pd          +Successful Title Agency, LLC,   809 River Avenue,   Lakewood, NJ 08701-5219
dft          +Washington Mutual Bank, F.A., now known as J.P. Mo,   270 Park Avenue,   New York, NY 10017-2014
dft          +Washington Mutual Bank, F.S.B., now known as J.P.,   270 Park Avenue,   New York, NY 10017-2014

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3pd           John Doe, Inc. 1-20
cd            John Doe, Inc. 1-20
3pd           John Does 1-20
cd            John Does 1-20
cd*          +Charles A. Stanziale,   311 Crosby Avenue,   Deal, NJ 07723-1405
cd*          +Chicago Title Insurance Company,   601 Riverside Avenue,   Jacksonville, FL 32204-2901
dft*         +J.P. Morgan Chase Bank, N.A., as successor to cert,   270 Park Avenue,   New York, NY 10017-2014
cd*          +Jerome Shapiro,   23 Ridge Road,   West Long Branch, NJ 07764-1232
crc*         +Jerome Shapiro,   23 Ridge Road,   West Long Branch, NJ 07764-1232
cd*          +Joseph Kohen,   218 Overlook Avenue,   Long Branch, NJ 07740-4869
crd*         +Joseph Kohen,   218 Overlook Avenue,   Long Branch, NJ 07740-4869
cd*          +Pearl Dwek,   311 Crosby Avenue,   Deal, NJ 07723-1405
crd*         +Pearl Dwek,   311 Crosby Avenue,   Deal, NJ 07723-1405
cd*          +Solomon Dwek,   311 Crosby Avenue,   Deal, NJ 07723-1405
cd*          +Stewart Title Guaranty Company,   1980 Post Oak Boulevard, Suite 800,   Houston, TX 77056-3826
cd*          +Successful Title Agency, LLC,   809 River Avenue,   Lakewood, NJ 08701-5219
                                                                                             TOTALS: 4, * 12

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2009          Signature: *Joseph Speetjens*