Leonard S. Needle, Esq.
LN4201
Leonard S. Needle, P.A.
20 Cedar Avenue
P.O. Box 6470
Fair Haven, NJ 07704
Tel. (732) 741-0400
Fax. (732) 741-1959
E-Mail: Needlelsesq@aol.com
Attorney for Third Party Defendant, Jerome Shapiro

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br>SOLOMON DWEK<br>                    Debtors. | Chapter 11<br><br>CASE NO. 07-11757(KCF) |
| CHARLES A. STANZIALE, JR., Chapter 11 Trustee for the Estate of Solomon Dwek, et als.<br><br>                    Plaintiff<br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A., as successor to certain assets and liabilities of WASHINGTON MUTUAL BANK, F.A., and/or WASHINGTON MUTUAL BANK, F.A., now known as J.P. MORGAN CHASE BANK, N.A.,; and WASHINGTON MUTUAL BANK, F.S.B., now known as J.P. MORGAN CHASE BANK, N.A.,<br><br>           Defendants/Counterclaimant<br>           and Third Party Plaintiff<br>vs.<br><br>CHARLES A. STANZIALE, JR., SOLOMON DWEK, PEARL DWEK, JOSEPH KOHEN, JEROME SHAPIRO, CHICAGO TITLE INSURANCE COMPANY, SUCCESSFUL TITLE AGENCY, LLC, STEWART TITLE GUARANTY COMPANY, JOHN DOES 1-20, and JOHN DOES, INC., 1-20.<br><br>                    Third-Party Defendants | Adv. Pro. No. 09-01309<br><br><br><br><br><br><br><br>PROOF OF SERVICE |

I, Leonard S. Needle, Esq., hereby certify that on August 26, 2009, I sent by regular mail a copy of Answer and Affirmative Defenses of Jerome Shapiro to First Amended Third Party Complaint of J.P. Morgan Chase Bank, N.A. and Crossclaim for Indemnification and Contribution along with Notice of Electronic Filing to:

**Scott J. Koplik, Esq.**
Trenk, DiPasquale, Webster, et al
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052

**Stephen M. Packman, Esq.**
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, New Jersey 08033

**Pearl Dwek**
311 Crosby Avenue
Deal, New Jersey 07723

**Barry Frost, Esq.**
Teich, Groh
691 State Highway 33
Trenton, New Jersey 08619

**Stewart Title Guaranty Company**
1980 Post Oak Blvd., Suite 800
Houston, TX 77056

**Successful Title Agency, LLC**
809 River Avenue
Lakewood, New Jersey 08701

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> LEONARD S. NEEDLE, P.A.
> 20 Cedar Avenue
> P.O. Box 6470
> Fair Haven, NJ 07704
> (732) 741-0400
> Attorney for Jerome Shapiro
>
> /s/ **Leonard S. Needle**_____
> By: Leonard S. Needle, Esq.

Dated: August 26, 2009