Order Filed on
**8/5/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Leonard S. Needle, Esq.
LN4201
Leonard S. Needle, P.A.
20 Cedar Avenue, P.O. Box 6470
Fair Haven, NJ 07704
Tel. (732) 741-0400
Fax. (732) 741-1959
E-Mail: Needlelsesq@aol.com
Attorney for Third Party Defendant, Jerome
Shapiro

| | |
|---|---|
| In Re:<br>SOLOMON DWEK,<br><br>               Debtor.<br>_____<br>CHARLES A. STANZIALE, JR., Chapter 11<br>Trustee for the Estate of Solomon Dwek, et als.<br><br>               Plaintiff<br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A., as successor to certain assets and liabilities of WASHINGTON MUTUAL BANK, F.A., and/or WASHINGTON MUTUAL BANK, F.A., now known as J.P. MORGAN CHASE BANK, N.A.,; and WASHINGTON MUTUAL BANK, F.S.B., now known as J.P. MORGAN CHASE BANK, N.A.,<br>         Defendants/Counterclaimant<br>         and Third Party Plaintiff<br>vs.<br><br>CHARLES A. STANZIALE, JR., SOLOMON DWEK, PEARL DWEK, JOSEPH KOHEN, JEROME SHAPIRO, CHICAGO TITLE INSURANCE COMPANY, SUCCESSFUL TITLE AGENCY, LLC, STEWART TITLE GUARANTY COMPANY, JOHN DOES 1-20, and JOHN DOES, INC., 1-20.<br><br>          Third-Party Defendants | Chapter 11<br><br>CASE NO. 07-11757(KCF)<br><br>Adv. Pro. No. 09-01309<br><br><br><br>**FOURTH AMENDED JOINT ORDER<br>SCHEDULING PRETRIAL<br>PROCEEDINGS AND TRIAL** |

The relief set forth on the following pages is hereby ORDERED

**DATED: 8/5/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A pretrial conference having been scheduled pursuant to *Fed.R.Civ.P* 16(b) and (e), made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, it is

ORDERED that:

1.      Any parties are permitted to file a response to any claims for contribution and indemnification no later than twenty days (20) from the entry of this Order.

2.      All fact-discovery is to be completed by **October 1, 2010**. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

3.      Plaintiff's Expert Report is Due: **October 15, 2010**.

4.      Defendant's Expert Report is Due: **November 5, 2010.**

5.      All expert depositions must be completed no later than **November 19, 2010.**

6.      All motions, including dispositive motions, shall be filed no later than **November 22, 2010**, and returnable no later than **December 13, 2010**. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

7.      Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies of pre-marked exhibits no later than **January 13, 2011**. The parties anticipate a trial of approximately **1 day**.

8.      All parties shall bring to the trial sufficient copies of their exhibits lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

2

*Approved by Judge Kathryn C. Ferguson  August  05, 2010*

at 10:00 a.m.

9.      Trial will commence on _____January 20_____, **2011** or as soon

thereafter as the matter may be heard, at:

United States Bankruptcy Court:

Address:        Hon. Kathryn C. Ferguson, U.S.B.J.
United States Bankruptcy Court
U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

3

*Approved by Judge Kathryn C. Ferguson  August  05, 2010*